AO 442 (Rev. 6/93) Warrant for Arrest

# United States District Court
## Western District of New York

**UNITED STATES OF AMERICA**

v.                                                    **WARRANT FOR ARREST**

PHILLIP JONES                     CASE NUMBER:         1:01-CR-0087-01 E

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Phillip Jones _____
                                                              Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

### VIOLATION OF SUPERVISION

in violation of
Title _____ 18 _____ United States Code, Section(s) _____ 3606 _____

RODNEY C. EARLY                              CLERK OF COURT
Name of Issuing Officer                      Title of Issuing Officer

_Rodney C Early_                             July 2, 2004   Buffalo, NY
Signature of Issuing Officer                 Date and
                                             Location

Bail fixed at
$ _____  by _____
                                             Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at <br> _515 Clinton St #110 Buffalo, N.Y._ | | |
| DATE RECEIVED <br> 7/2/04 | NAME AND TITLE OF ARRESTING OFFICER <br> Rick Romey, DUSM | SIGNATURE OF ARRESTING OFFICER <br> _MMRomey_ |
| DATE OF ARREST <br> 12/3/04 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.